MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
kathy.gao@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendant
WILLIAMS-SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Megan D. Erasmus**, | Case No. 3:21-cv-00601-WHO |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Magistrate Judge Williams H. Orrick |
| **Williams-Sonoma, Inc.**, a Delaware Corporation, | |
| Defendant. | |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB1/ 122482269.1

1

NOTICE OF SETTLEMENT
3:21-CV-00601-WHO

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to agreement of Plaintiff Megan D. Erasmus and Defendant Williams-Sonoma, Inc. (collectively, the "Parties"), the above-captioned matter has been resolved. The Parties anticipate filing a Stipulation of Dismissal within 60 days.

Dated:  June 25, 2021

MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao


By   /s/ *Kathy H. Gao*
    Kathy H. Gao
    Attorneys for Defendant
    WILLIAMS-SONOMA, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/ 122482269.1

2

NOTICE OF SETTLEMENT
3:21-CV-00601-WHO